BEFORE THE THIRD DIVISION, OCTOBER 9, 1939

**No. 42325.**—Protest 955558–G of Lamont Corliss Co. (New York).

Opinion by CLINE, J. It appeared that the bags containing the shelled almonds were marked with the name of the exporter, the word "Porto," and the legend "Product of Portugues." It was held that the omission of the final letter (e) in the word "Portuguese" would not defeat the plaintiff's claim and the protest was sustained. Abstracts 38243, 33957, 36598, 34308, and 32338 cited. G. A. 8953 (T. D. 40729) distinguished.

**No. 42326.**—Protest 709531–G of G. E. Conkey Co. (Cleveland).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 41736 the dried brewers' yeast in question was held free of duty under paragraph 1669 as claimed.

**No. 42327.**—Protests 948713–G, etc., of Waltham Watch Co. (Boston).

Opinion by KEEFE, J. It was stipulated that the merchandise in question is the same as that passed upon in Abstract 36742. The claim for free entry under paragraph 1692 was therefore sustained.

**No. 42328.**—Protest 949771–G of T. M. James & Sons China Co. (St. Louis).

Opinion by KEEFE, J. The examiner admitting that there was an error in the count of the pieces of chinaware in question, the protest was accordingly sustained.

**No. 42329.**—Protest 769590–G of Geo. Petas (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 the protest was sustained.